

_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| In Re: | Case No. 08-10753PM |
|---|---|
| **Deborah D. McLaurin,** | **Chapter 13** |
| **Debtor.** | |

### MEMORANDUM OF DECISION

This matter came before the court on the Chapter 13 Trustee's Motion to Dismiss or Convert for Ineligibility. Upon review of the docket herein, the court notes that this case was filed under Chapter 13 on January 17, 2008, with the assistance of counsel, Bennie R. Brooks. A hearing to consider confirmation of the Debtor's Chapter 13 plan was scheduled for March 11, 2008.

The plan filed by the Debtor raised objections from National City Mortgage Co. d/b/a FNMC, filed on February 13, 2008, and Saxon Mortgage, filed on February 29, 2008. The Chapter 13 Trustee filed her Motion to Dismiss or Convert on February 29, 2008. The Debtor did not respond to the objections or the Chapter 13 Trustee's Motion.

On March 11, 2008, the scheduled hearing date, this court took the objections to confirmation as well as the Chapter 13 Trustee's Motion under advisement.

As the Debtor's Schedule D, Creditors Holding Secured Claims, reflects total secured debt of $1,607,000.00, an amount in excess of the noncontigent, liquidated, secured debt maximum provided by § 109(e) of the Bankruptcy Code, the Chapter 13 Trustee's Motion will be granted and this case dismissed. An appropriate order will be entered.

cc:  Debtor
     Debtor's Counsel
     Chapter 13 Trustee
     National City Mortgage Co. d/b/a FNMC
     Saxon Mortgage

**End of Memorandum**